NUMBER 13-07-103-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 







BRUCE MEYER 

D/B/A MEYER CONSTRUCTION SERVICES
, Appellant,


v.



J. B. SERVICES CONSTRUCTION, INC., Appellee.





On appeal from the 149th District Court


of Brazoria County, Texas.






MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, BRUCE MEYER D/B/A MEYER CONSTRUCTION SERVICES, perfected
an appeal from a judgment entered by the 149th District Court of Brazoria County,
Texas, in cause number 33722. After the notice of appeal was filed, appellant filed
a motion to dismiss the appeal. In the motion, appellant states that this case has been
resolved and appellant no longer wishes to prosecute this appeal. Appellant requests
that this Court dismiss the appeal. Appellant requests that all costs be assessed
against the party incurring same.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 29th day of March, 2007.